

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00547-CV

**IN THE INTEREST OF N.L.P.**, et al., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00010
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed: October 2, 2019

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final order in the underlying parental termination suit on May 23, 2018. Because appeals in parental termination cases are accelerated, the appellants' notice of appeal was due to be filed by September 12, 2018. *See* TEX. R. APP. P. 26.1(b). Appellants' notice of appeal was not filed until July 29, 2019.

Appellants' notice of appeal acknowledges the appeal is an accelerated appeal and states the final order was signed on May 2, 2019. The trial court did sign a nunc pro tunc order on May 3, 2019; however, the nunc pro tunc order only clarified the name and date of birth of one of the children. Because appellants' complaints relate to the trial court's order striking their intervention, the deadline for filing appellants' notice of appeal is not affected by the nunc pro tunc order. *See* TEX. R. APP. P. 4.3(b).

By order dated August 29, 2019, appellants were ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellants did not respond to this court's order. Because appellants' notice of appeal was not timely filed, this appeal is dismissed for lack of jurisdiction.

PER CURIAM